IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

VS                                          NO. 4:06CR00171-01 GH

KIMBERLY J. MOORE

## ORDER

Defendant appeared with counsel on July 14, 2006 for her change of plea hearing and the probation officer reported that her drug test was negative. Her parents, Donald and Shirley Wallace, have agreed to assume third-party custody of Ms. Moore until her sentencing.

Defendant is to be released from the custody of the U. S. Marshal immediately.

IT IS SO ORDERED this 14th day of July, 2006.

_George Howard, Jr._
UNITED STATES DISTRICT JUDGE